# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Synthes USA, LLC, et al., <br>     Plaintiffs, <br> vs. <br> Diverse Surgical Supplies, Inc., et al., <br>     Defendants. | CV-09-711-TUC-DCB <br><br> ORDER |

After presiding over the *Markman* hearing, Magistrate Judge Ferraro issued his Report and Recommendation on January 21, 2011, recommending that the District Court adopt various claim constructions. A copy was sent to all parties on January 21, 2011, notifying all parties that written objections must be filed within fourteen days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Ferraro's thorough and complete Report and Recommendation (Doc. 122) is ACCEPTED and ADOPTED in its entirety by this Court as the findings of fact and conclusions of law. All of the claim constructions recommended are adopted for purposes of this action.

IT IS FURTHER ORDERED that the reference to Magistrate Judge Ferraro is WITHDRAWN. All documents filed with the Court should bear the following case number: CV-09-711-TUC-DCB.

DATED this 8th day of February, 2011.

David C. Bury
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28